

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00353-CV

In the Interest of B.P., Jr. a child

On Appeal from the
County Court at Law No. 5 of Nueces County, Texas
Trial Court Cause No. 2020-FAM-61232-5

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's judgment and dismisses the case. The Court orders the judgment vacated and the case is DISMISSED. Costs of the appeal are adjudged against the appellee.

We further order this decision certified below for observance.

December 15, 2022